HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
DAVID WALTER FEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00071 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE SENTENCING; ORDER (Note new Date)** |
| vs. | ) ) | |
| DAVID WALTER FEE, | ) ) | DATE: September 29, 2014 TIME: 8:30 a.m. |
| Defendant. | ) ) | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Karen A. Escobar, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, David Walter Fee, that the sentencing hearing currently set for August 25, 2014 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, **may be continued to September 22, 2014 at 8:30 a.m..**

This continuance is requested by defense counsel to permit additional time for the defense to complete its investigation pertaining to mitigation evidence in preparation for the sentencing hearing. The government does not oppose this request.

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  August 8, 2014

*/s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  August 8, 2014

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
DAVID WALTER FEE

# **O R D E R**

**The continuance is granted, however, it continued one week out from that requested. The sentencing is continued to Sept 29, 2014 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:  **August 11, 2014**              */s/ Lawrence J. O'Neill*
UNITED STATES DISTRICT JUDGE