BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
MICHAEL G. TIERNEY
Assistant United States Attorneys
2500 Tulare St.
Fresno, CA 93721

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             Plaintiff,<br><br>                    v.<br><br>DAVID WALTER FEE, AND<br>ANDREW ZARATE,<br><br>                             Defendants. | CASE NO.  1:14-CR-00071-LJO-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on September 5, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendants David Walter Fee and Andrew Zarate, in the following property:

a.   Three (3) laser pointers, black and silver in color, labeled as Class III laser devices, and contained a danger warning.

AND WHEREAS, beginning on September 17, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

///

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.      A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 981(a)(1)(G), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of David Walter Fee and Andrew Zarate.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The United States Marshals Service or Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   __December 4, 2014__          _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES DISTRICT JUDGE

FINAL ORDER OF FORFEITURE

2